### BIDDLE, Warden, v. WALT et al.

(Circuit Court of Appeals, Eighth Circuit. February 26, 1923.)

#### No. 6127.

Appeal from the District Court of the United States for the District of Kansas; John C. Pollock, Judge.

Habeas corpus by George Walt and Sam Leider against W. I. Biddle, Warden of the United States Penitentiary at Leavenworth, Kan. Writ granted, and defendant appeals. Reversed.

Al. F. Williams, U. S. Atty., of Topeka, Kan. (W. W. Harvey, Asst. U. S. Atty., of Topeka, Kan., on the brief), for appellant.
Lee Bond, of Leavenworth, Kan., for appellees.

Before LEWIS, Circuit Judge, and TRIEBER and BOOTH, District Judges.

TRIEBER, District Judge. These appellees were jointly indicted with Isadore Luvisch, No. 6125 (C. C. A.) 287 Fed. 699, and on a petition for a writ of habeas corpus discharged by the judgment of the court below.

The facts are identical with those in the Luvisch Case, and for the reasons stated in the opinion in that case, filed this day, the judgment is reversed.

LEWIS, Circuit Judge, dissents. See Biddle v. Luvisch, 287 Fed. 699.